FILED
Mar 13, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# United States District Court
## Eastern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| **GAVIN JOSEPH OTTOMEIER** | **DOCKET NUMBER:** 6:23-mj-00002-HBK |

I, **Chad Andrews,** a Law Enforcement Park Ranger, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, **Gavin Joseph OTTOMEIER** did or was:

**Count 1:** Violating a closure, designation, use or activity restriction or condition, schedule of visiting hours, or public use limit is prohibited. in violation of Title 36 Code of Federal Regulations § 1.5(f).
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 2:** Trespassing, entering or remaining in or upon property or real property not open to the public, except with the express invitation or consent of the person having lawful control of the property or real property.in violation of Title 36 Code of Federal Regulations § 2.31(a)(1).
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 3:** Destroying, injuring, defacing, or damaging property or real property.in violation of Title 36 Code of Federal Regulations § 2.31(a) (3).
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 4:** Acquiring or possessing the property of another, with knowledge or reason to believe that the property is stolen, in violation of Title 36 Code of Federal Regulations § 2.30 (a)(5).
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 5:** Any interference with a Government employee engaged in an official duty or on account of the performance of an official duty in violation of Title 36 Code of Federal Regulations § 2.32(a)(1).
**Maximum penalty: 6 months imprisonment and/or a $5,000 fine**

Speedy Trial Act Applies: **No**     U.S. v. **Gavin Joseph OTTOMEIER**
Criminal Complaint

**Count 6**: Stopping or parking a vehicle upon a park road, except as authorized by the superintendent, or in the event of an accident or other condition beyond the control of the operator in violation of Title 36 Code of Federal Regulations § 4.13 (a).
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 7**: No person shall drive a motor vehicle at any time when that person's driving privilege is suspended in violation of Title 36 Code of Federal Regulations § 4.2 (b), adopting California Vehicle Code § 14601 (a).
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

## BACKGROUND OF AFFIANT

1. I further state, I am a Law Enforcement Officer, employed by the National Park Service ("NPS"). The facts of this criminal complaint are based on my personal observations, on my training and experience, as well as my consultation with other Law Enforcement Officers. This affidavit is intended to show merely that there is sufficient probable cause for the criminal complaint and does not set forth all my knowledge about this matter.

## JURISDICTION

2. The facts set forth in this criminal complaint occurred on March 10, 2023, within the geographic boundaries of Yosemite National Park, California and within the City of Fresno, California. Yosemite National Park is an area of federally owned public land administered by the NPS. Yosemite National Park is an area of the special maritime and territorial jurisdiction of the United States as defined by Title 18 U.S.C. § 7 (3): "Special maritime and territorial jurisdiction of the United States defined" and by Title 16 U.S.C. § 57: "Yosemite and Sequoia National Parks; exclusive jurisdiction of United States."

3. Yosemite National Park is located within Mariposa, Madera, Mono and Tuolumne Counties, all of which are located within the Eastern District of California. The City of Fresno is located within Fresno County, California. Fresno County is located with the Eastern District of California.

## PROBABLE CAUSE

4. Starting in the middle of February of 2023, and continuing for the following weeks, Yosemite National Park, received extreme amounts of snowfall and rain, setting precipitation records within the park. The snowfall caused a wide array of safety issues for the park, impacting the overall orderly management of the park, specifically the protection of persons, natural resources, buildings and roadways within the park.

5. On February 25, 2023, the Yosemite National Park Superintendent, acting under the authority granted to her by Title 36 Code of Federal Regulations § 1.5 "Closures and public use limits", ordered Yosemite National Park closed to the public, except for employees in the performance of their official duties, and residents of Yosemite National Park. Terms of this closure, ordered park roadway entrance gates, to be closed from 7:00 PM thorough 7:00 AM. These are physical gates, comprising of metal swinging gate(s), that extend across all lanes of the roadway, they have a "road closed" signed affixed to the gate and are locked with a chain and padlock. These gates are intended to prevent vehicles from entering the park without authorization or to close park roads that are unsafe for motorists.

6. On the morning of March 10, 2023, one of these closed gates was located at the southern boundary of Yosemite National Park, at the intersection of Highway 41 and the Mt. Raymond Road (Goat Meadow Snow Play Area), within the Wawona District of the park.

7. On or about March 10, 2023, at about 4:51 AM, the Yosemite National Park Emergency Communications Center, was contacted by NPS employee Edward Boatman. Boatman reported he was driving on Highway 41, in the Bishop Creek area. He encountered a red 1986 Ford pick-up ("the Ford"), with a tow-truck service body, displaying California license plate 2U38077, parked in the northbound lane of Highway 41. "Madera Speedway" was written on the doors of the Ford.

8. Boatman stopped and located one person in the Ford, later identified by his given name and date of birth. The name and DOB returned an ID drivers license # PW219916E, as Gavin Joseph OTTOMEIER, a 29-year-old male. OTTOMEIER told Boatman he had ran out of fuel and was driving to Idaho. Boatman believed the circumstances behind OTTOMEIER's presence in the park were suspicious. Boatman requested NPS Law Enforcement Rangers be dispatched the Bishop Creek area to investigate the circumstances surrounding OTTOMEIER's presence in the park. At about 4:54 AM, I, Supervisory Law Enforcement Ranger Chad Andrews, was dispatched to the Bishop Creek area to investigate the OTTOMEIER's presence in the park. I contacted Boatman on the radio, who told me that the boundary gate was wide open, and that one of the locks was bent and broken.

9. At about 5:37 AM, I arrived in the Bishop Creek area. I observed the Ford parked in the northbound lane, obstructing the northbound lane. There were no roadway obstructions preventing the Ford from northbound travel. I approached the truck and knocked on the passenger side window, but got no response. I could see the windows were fogged as if someone were breathing in it. I opened the passenger side door to perform a welfare check on whomever was in the vehicle. The occupant, OTTOMEIER, woke startled and appeared to have been sleeping. I began to interview him. OTTOMEIER did not know where he was other than "California", and did not remember driving through a closed park boundary gate. He told me he was not taking any medication and was not taking any recreational drugs.

10. I conducted criminal database record checks for OTTOMEIER to determine his driver's license status and if he had any warrants for his arrest. These checks returned, indicating OTTOMEIER's Idaho driver's license was suspended, and there was a misdemeanor warrant for his arrest issued in the State of Idaho for a probation violation. This arrest warrant was only extradatable within the state of Idaho. About 30 minutes later, Law Enforcement Ranger Jamie Kitchen arrived to assist me with investigating OTTOMEIER's presence in the park.

11. When interviewing OTTOMEIER, he would only provide limited information regarding how he entered the park. He stated the night prior, he was in "El Banos", possibly referencing Los Banos, California, a community in Merced County, about 2.5 hours west of the Bishop Creek area. He stated the Ford was owned by an "insurance company." Department of motor vehicles records checks of the Ford indicated the registered owner of the Ford was "Seitz Service Incorporated", a business located in Los Banos. The Ford had not been entered into law enforcement databases as a stolen vehicle.

12. At about 6:15 AM, I ordered OTTOMEIER out of the Ford, with the intent to place him under arrest for Driving with a Suspended License and Violation of a Closure Order. When OTTOMEIER stepped out of the Ford, I told him several times to turn away from me and to put his hands behind is back to be handcuffed. He refused to do so each time. I told him he was being placed under arrest. As I stepped forward to gain control of him, without warning, OTTOMEIER fled from Ranger Kitchen and I on foot. When OTTOMEIER was fleeing, I yelled his name, but he did not stop. He continued to run away from Ranger Kitchen and me.

13. OTTOMEIER ran north bound on Highway 41. Ranger Kitchen and I did not continue to pursue him on foot and lost sight of him. We returned to our vehicles and began attempting to locate him up the road. At some point it was apparent he was not still on the roadway and had likely left the road into the snow-covered forest. This area was covered in about three feet of snow, and it was raining heavily. The temperature was about 35 degrees. It was completely dark in the area, with no roadway lights or sunlight in the area. OTTOMEIER was wearing cotton sweatshirt and sweatpants, a light rain jacket, and loafers. Ranger Kitchen and I began to search the area for OTTOMEIER. Ranger Kitchen and I were wearing NPS Law Enforcement Ranger uniforms and driving marked NPS Law Enforcement Ranger patrol vehicles, equipped with exterior emergency lights, which were activated.

14. At about 6:24 AM, Zackary Woods, the NPS Wawona District Roads Branch Supervisor, contacted the Yosemite Emergency Communications Center. Woods reported the roadway gate at the intersection of Highway 41 and the Mt. Raymond Road had been "broken through." He said that the gate didn't appear to be damaged but one of the locks was broken. Between 7:00 PM on March 9, and 7:00 AM on March 10, no unauthorized persons were permitted to enter the park. Authorized persons to enter the park have NPS

issued keys to open park gates or could have contacted the park to gain authorized after-hour entrance to the park. Whoever broke through his gate did not use a key, as the chain was broken, likely from being cut or rammed by a vehicle.

15. At about 6:30 AM, Ranger Kitchen located the area were OTTOMEIER had fled west from the roadway, down a steep embankment into the snowy forest. We could hear OTTOMEIER but could not see him behind some trees. For about the next 25 minutes, Ranger Kitchen and I waited for backup. During this period, I ordered OTTOMEIER to return the roadway and called his name several times. OTTOMEIER did not respond and disregarded my commands to return the roadway and remained hiding behind a tree. He periodically yelled unintelligibly at the top of his voice. Soon after, Supervisory Law Enforcement Ranger Heidi Edgecomb arrived on scene.

16. At about 6:54 AM, Ranger Kitchen, Supervisory Ranger Edgecomb and I walked from the roadway, down the steep embankment to OTTOMEIER's location, about 100 yards from the roadway. Ranger Edgecomb and I told OTTOMEIER to come out and go back to the road. He would not move. It was unknown if OTTOMEIER was armed, and he was continually yelling belligerently at Ranger Edgecomb. Supervisory Ranger Edgecomb then deployed her electronic control weapon (Taser) at OTTOMEIER, striking OTTOMEIER in the back, causing him to be momentarily disabled. Supervisory Ranger Edgecomb, and I were able to apprehend, OTTOMEIER, though he was resisting being handcuffed. We were able to get OTTOMEIER handcuffed and began attempting to get him to stand up. During these moments, my right wrist was near OTTOMEIER's mouth. OTTOMEIER then bit my right wrist over my jacket.

17. For the next 45 minutes, OTTOMEIER refused to walk to the roadway. It was still raining heavily, very cold and we were all were in deep snow. This caused OTTOMEIER's body temperature to drop, entering a hypothermic state. Supervisory Ranger Edgecomb, Ranger Kitchen, and I, are all trained emergency medical technicians. To prevent OTTOMEIER from being in further medical danger, four additional Law Enforcement Rangers and an ambulance were dispatched to the Bishop Creek area to assist with the extrication and medical care for OTTOMEIER. Ranger Kitchen then inventoried the Ford and impounded it by having it towed to Yosemite Valley.

18. Due to the heavy rainfall and snowfall, the park was in the beginning stages of a flood. Rivers and creeks were overflowing their banks and roadways were inundated with standing water. Law Enforcement Rangers that were on duty on the morning of March 10, were assigned to assist with the public safety dangers associated with this flooding. To assist with the arrest and medical care of OTTOMEIER, three of the four Law Enforcement Rangers who were called to assist with the arrest and medical care of OTTOMEIER were call in during off-duty hours. The ambulance assigned to provide medical treatment for OTTOMEIER was the parks only staffed, and emergency ready ambulance. This left the park without any emergency response ready ambulances.

19. After about 90 minutes of being exposed to the rain, snow and cold temperatures, OTTOMEIER, walked from our location in the forest to the roadway. He was placed in the rear of a patrol car to get warm. At about 8:45 AM, the ambulance arrived in the Bishop Creek area. OTTOMEIER was transferred to the ambulance for medical care, while in the custody of Supervisory Ranger Edgecomb and Law Enforcement Ranger Cody Hays. OTTOMEIER was then transported to the Community Regional Medical Center Fresno (CRMC Fresno) emergency room by ambulance for additional medical care. CMRC Fresno is about 70 miles from Bishop Creek area. I followed the ambulance to CMRC Fresno.

20. At about 9:40 AM I contacted the Los Banos Police Department to inquire about the vehicle registered in that city. When I received a call back from an Officer Diaz, I was told that the vehicle ownership had been transferred to the Madera Speedway in Chowchilla, and was given the prior owner's contact information. In turn I then obtained the Madera Speedway owners contact information.

21. At about 10:06 AM I contacted The Chowchilla Police Department to inquire about the vehicle. I received a call back at about 10:35 from California Highway Patrol Officer Chapa. Chapa explained that they had taken a report of the Ford tow truck being stolen that morning from the Speedway owner, Kenny Sheppard.

22. At about 3:00 PM, OTTOMEIER was in the process of being discharged from CMRC Fresno. Once discharged, Supervisory Ranger Edgecomb and I attempted to handcuff him while he was standing next to his bed. As soon as we took hold of his arms, he began resisting by pulling his arms into his side, physically struggling, and yelling at us that he wasn't going to jail. He ended up on the floor in a seated position, unwilling to move. Two CMRC Fresno Security Guards were present and standing at the foot of the hospital bed, near OTTOMEIER's feet. He continued to struggle kicking one of the security officers. Along with the two hospital security officers, we lifted OTTOMEIER to the bed where he continued to forcibly struggle against us. We pinned him to the bed, and I was able to get handcuffs on him with his hands behind his back. He then ended up on his back, face up and continuing to struggle. We physically restrained him on the bed while waiting for hospital bed restraints. Once his legs were restrained, we wheeled the bed to the exit door, and out to the waiting patrol car. He was then placed into the back of the patrol car. He was then transported to the Fresno County Jail and booked into custody of the United States Marshalls Service.

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

Speedy Trial Act Applies: **No**   U.S. v. **Gavin Joseph OTTOMEIER**
Criminal Complaint

___3/10/23_____  
Date

_____  
Chad Andrews  
Supervisory Law Enforcement Park Ranger  
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

Affidavit submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed.R.Crim. P. 4.1 before me this  13th  day of March, 2023.

3/13/2023 at 10:11am  
_____  
Date

_____  
HELENA M. BARCH-KUCHTA  
UNITED STATES MAGISTRATE JUDGE